# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**BARBARA M. LEE,**

    *Petitioner*,

v.                                  **CASE NO.: 4:20cv329-MW/MJF**

**E. STRONG, WARDEN,**

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 16. Upon consideration, with no objections having been filed by the parties,

**IT IS ORDERED**:

The Report and Recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** without prejudice for failure to comply with a court order and failure to prosecute." The Clerk shall close the file.

**SO ORDERED** on January 4, 2021.

                                          *s/Mark E. Walker*
                                          **Chief United States District Judge**